# UNITED STATES OF AMERICA
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

**BOREAN OIL COMPANY, ET AL**

**V.**                                              **CASE NUMBER:   CA-C-00-074**

**SKLAR EXPLORATION CO., ET AL**

United States District Court
Southern District of Texas
FILED

## NOTICE TO APPEAR

FEB 2 3 2000

MICHAEL N. MILBY, CLERK

TO:   Robert Anderson
**PLAINTIFF IS REQUIRED TO NOTIFY DEFENDANTS OF THIS HEARING.**

**YOU ARE ORDERED TO APPEAR** <u>Monday, March 6, 2000 at 8:30 a.m.</u>, before:

U. S. District Judge H. W. Head, Jr.
United States Courthouse
2nd Floor Courtroom
521 Starr Street
Corpus Christi, Texas  78401

## TO ATTEND THE FOLLOWING PROCEEDING:

| | |
|---|---|
| ___ Final Pretrial Conference | ___ Motion Hearing: |
| ___ Jury Selection and Trial | ___ Show Cause Hearing |
| ___ Sentencing | ___ Status Conference |
| ___ Revocation Hearing | _X_ Other: Hearing on Temporary Injunction |

*BY ORDER OF THE COURT*
Michael N. Milby, Clerk of Court
By Deputy:   <u>Judith F. Alvarez</u>                Date: <u>February 23, 2000</u>