# UNITED STATES OF AMERICA
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

BOREAN OIL COMPANY, ET AL

V.                                              CASE NUMBER:   CA-C-00-74

SKLAR EXPLORATION CO., ET AL


## CORRECTED
## NOTICE TO APPEAR

United States District Court
Southern District of Texas
FILED

FEB 2 5 2000

Michael N. Milby
Clerk of Court

TO:   Robert Anderson
PLAINTIFF IS REQUIRED TO NOTIFY DEFENDANTS OF THIS HEARING.


**YOU ARE ORDERED TO APPEAR** Monday, March 6, 2000 at 2:30 p.m., before:

U. S. District Judge H. W. Head, Jr.
United States Courthouse
2nd Floor Courtroom
521 Starr Street
Corpus Christi, Texas  78401

TO ATTEND THE FOLLOWING PROCEEDING:

___ Sentencing                                      ___ Status Conference

___ Revocation Hearing                              _X_ Hearing on Temporary Injunction


*BY ORDER OF THE COURT*
Michael N. Milby, Clerk of Court
By Deputy:   Judith F. Alvarez                      Date: February 25, 2000

4.