United States District Court
Southern District of Texas
FILED

MAR 01 2000

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BOREAN OIL COMPANY,              CIVIL ACTION NO. C-00-074
JON C. LEWIS, THOMAS R.
LEWIS DYER S. WADSWORTH,
CASS COUNTY IRON COMPANY,
AND JACK L. VAUGHN AND           Judge H.W. Head, Jr.
ASSOCIATES, INC.,
     Plaintiffs,

vs.

SKLAR EXPLORATION COMPANY L.L.C.,
AND SKLAR TEX, L.L.C.,
     Defendants.

## UNOPPOSED MOTION PERMITTING APPEARANCE *PRO HAC VICE*

NOW INTO COURT, through undersigned counsel, comes Sklar Exploration Company L.L.C. and Sklar Tex L.L.C., defendants in the above captioned matter, who move that this Court authorize the appearance of Mr. Malcolm S. Murchison of the law firm of Barlow and Hardtner L.C., 10th Floor, Louisiana Tower, 401 Edwards Street, P.O. Box 8, Shreveport, Louisiana 71101, to appear *pro hac vice* in the above captioned matter, and show:

1.

Mr. Malcolm S. Murchison has been retained by defendants for the purpose of participating as attorney-in-charge with James H. Robichaux of the law firm of Matthews & Branscomb, a professional corporation, as local co-counsel in this matter.

1

2.

Mr. Murchison is familiar with the matters involved in this matter and has been admitted to practice before the United States District Courts in the State of Louisiana.

3.

Mr. Murchison is a member in good standing of the bars of the State of Louisiana and the State of Texas (Texas Bar No. 00798017). Mr. Murchison is not a resident of Texas, nor is he admitted to practice before this Court. A supporting affidavit by Mr. Murchison is attached hereto as Exhibit "A."

WHEREFORE, defendants Sklar Exploration Company L.L.C. and Sklar Tex L.L.C., pray that the Court permit Mr. Murchison of the law firm of Barlow and Hardtner L.C. to enroll as attorney-in-charge for defendants and appear on their behalf in this matter.

Respectfully submitted,

_____
James M. Robichaux
TSB #17083000
Federal ID #2203
802 N. Carancahua, Suite 1900
Corpus Christi, TX 78470-0700
Telephone:     361/888-9261
Telecopier:    361/888-8504

ATTORNEYS FOR DEFENDANTS SKLAR EXPLORATION COMPANY L.L.C. AND SKLAR TEX L.L.C.

OF COUNSEL:

MATTHEWS & BRANSCOMB
A Professional Corporation

### CERTIFICATE OF CONFERENCE

On March 2, 2000 I spoke with Robert Anderson, attorney for Plaintiffs, who stated he did not oppose this Motion.

### Certificate of Service

I, James H. Robichaux, do hereby certify that the foregoing was forwarded to counsel of record, as indicated below, on this the 2nd day of March, 2000.

Mr. Robert Anderson
**Sorrell, Anderson, Lehrman, Maixner & Ridulfo, LLP**
711 N. Carancahua, Suite 1200
Corpus Christi, TX 78475
*Via Fax and Certified Mail, RRR*

_____
James H. Robichaux

C0024814.wpd.1

3

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BOREAN OIL COMPANY,                    CIVIL ACTION NO. C-00-074
JON C. LEWIS, THOMAS R.
LEWIS, DYER S. WADSWORTH,
CASS COUNTY IRON COMPANY,
AND JACK L. VAUGHN AND                JUDGE H.W. HEAD, JR.
ASSOCIATES, INC.
       Plaintiff,

VERSUS

SKLAR EXPLORATION COMPANY L.L.C.,
AND SKLAR TEX, L.L.C.
       Defendants.


STATE OF LOUISIANA,

PARISH OF CADDO.


### AFFIDAVIT OF MALCOLM S. MURCHISON

     BEFORE ME, the undersigned authority, a Notary Public in and for Caddo Parish, Louisiana, came and appeared Mr. Malcolm S. Murchison ("Affiant"), a person known to me to be a person of full age of majority, and after being duly sworn, Affiant did depose and state as follows:

1.

     Affiant is a member of the law firm of Barlow and Hardtner L.C., 10th Floor, Louisiana Tower, 401 Edwards Street, P.O. Box 8, Shreveport, Louisiana 71101, which has been retained by



Sklar Exploration Company L.L.C. and Sklar Tex L.L.C. for all purposes in this matter to act as co-counsel with James H. Robichaux of the law firm of Matthews & Branscomb, a professional corporation.

2.

This declaration is made in connection with the Motion Permitting Appearance *Pro Hac Vice* to the bar of this Court for the purpose of representing defendants, Sklar Exploration Company L.L.C. and Sklar Tex L.L.C., in the above captioned matter.

3.

Affiant has been duly admitted to practice in all of the courts in the State of Louisiana and is a member in good standing of the bars of the State of Louisiana and the State of Texas (Texas Bar No. 00798017). Further, he has been admitted to practice before the United States District Courts in the State of Louisiana.

4.

Affiant is not under suspension or disbarment by any court. Further, no disciplinary proceedings or criminal charges have been instituted against him.

5.

Affiant is familiar with the facts in this case and submits that it will be in the best interest of defendants, Sklar Exploration Company L.L.C. and Sklar Tex L.L.C., for him to be admitted to appear and participate in this proceeding.

2

Further Affiant sayeth not.

_____
Malcolm S. Murchison

THUS DONE and SIGNED before me, Notary Public, on this 1st day of March, 2000.

_____
NOTARY PUBLIC in and for
Caddo Parish, Louisiana

My Commission Expires: _____

DAVID A. BARLOW, NOTARY PUBLIC
STATE OF LOUISIANA
MY COMMISSION IS FOR LIFE

3

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BOREAN OIL COMPANY,                      CIVIL ACTION NO. C-00-074
JON C. LEWIS, THOMAS R.
LEWIS DYER S. WADSWORTH,
CASS COUNTY IRON COMPANY,
AND JACK L. VAUGHN AND                     Judge H.W. Head, Jr.
ASSOCIATES, INC.,
        Plaintiffs,

vs.

SKLAR EXPLORATION COMPANY L.L.C.,
AND SKLAR TEX, L.L.C.,
        Defendants.

## ORDER GRANTING MOTION PERMITTING APPEARANCE *PRO HAC VICE*

Considering the foregoing Motion Permitting Appearance *Pro Hac Vice*,

IT IS HEREBY ORDERED that the Motion is granted and that Mr. Malcolm S. Murchison of the law firm of Barlow and Hardtner L.C., 10th Floor, Louisiana Tower, 401 Edwards Street, P.O. Box 8, Shreveport, Louisiana 71101, are permitted to appear *pro hac vice* on behalf of the defendants, Sklar Exploration Company L.L.C. and Sklar Tex L.L.C..

ENTERED this _____ day of March, 2000.

                                               _____
                                               United States District Judge

C0024818.WPD.1