IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR - 6 2000

Michael N. Milby, Clerk of Court

| | |
|---|---|
| BOREAN OIL COMPANY, ET AL § | |
| § | |
| VS. § | C.A. NO. C-00-74 |
| § | |
| SKLAR EXPLORATION COMPANY, § | |
| ET AL. § | |

## ORDER OF DISMISSAL

Plaintiffs have failed to plead the jurisdictional basis of the Court, and it appears from plaintiffs' original "petition" and application for temporary injunction and order to arbitrate that there is neither federal question nor diversity jurisdiction. This case is dismissed without prejudice.

ORDERED this ___6___ day of ___March___, 2000.

_____
H. W. HEAD, JR.
UNITED STATES DISTRICT JUDGE