IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR - 6 2000

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| BOREAN OIL COMPANY, ET AL | § | |
| | § | |
| VS. | § | C.A. NO. C-00-74 |
| | § | |
| SKLAR EXPLORATION COMPANY, | § | |
| ET AL. | § | |

## FINAL JUDGMENT

Final judgment is hereby entered dismissing this case without prejudice for lack of federal jurisdiction.

ORDERED this ____6____ day of ____March____, 2000.

_____
H. W. HEAD, JR.
UNITED STATES DISTRICT JUDGE